GEORGE A. RAFTERY, Plaintiff, v. OLAF J. OLSEN, Defendant.— Motion denied and exceptions overruled, with costs, and judgment ordered for

defendant dismissing the complaint, with costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.